IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONALD SCOTT PATZ, ) | |
| ) | 4:05CV3128 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| NEBRASKA DEPARTMENT OF ) | |
| CORRECTIONAL SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

    This matter is before the court on filing no. 59, the motion for an extension of time, filed by the plaintiff.  The plaintiff requests an extension of time in which to file his brief.  Plaintiff states that as an incarcerated individual,  he only receives one hour per day in the law library.  Upon review of the record, I will grant the motion, and the plaintiff shall have until July 7, 2006 to file his brief.

    SO ORDERED.

    DATED this 6th day of June, 2006.

    BY THE COURT:

    s/F.A. GOSSETT
    United States Magistrate Judge